UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SEAN MCTERRELL,

               Plaintiff,

vs.                             **SUGGESTION OF DEATH**

                                      22-CV-331

FIVE POINTS, et al.,

               Defendants.

---

      Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Defendants, Stanton and Cheasman by and through their attorney, Letitia James, Attorney General of the State of New York, Stephanie Joy Calhoun, Assistant Attorney General, of counsel, suggest on the record the death of Plaintiff Sean McTerrell, on or about May 27, 2024, during the pendency of this action.

DATED:     Buffalo, New York
                 October 28, 2024

                                                LETITIA JAMES
                                                Attorney General of the State of New York
                                                *Attorney for Defendants Stanton and Cheasman*

                                                BY: <u>*s/ Stephanie Joy Calhoun*</u>
                                                STEPHANIE JOY CALHOUN
                                                Assistant Attorney General, of Counsel
                                                Main Place Tower
                                                350 Main Street, Suite 300A
                                                Buffalo, New York 14202
                                                Stephanie.Calhoun@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

SEAN MCTERRELL,

                Plaintiff,

    vs.

                                            22-CV-331

FIVE POINTS, et al.,

                Defendants.
_____

## CERTIFICATE OF SERVICE

      I hereby certify that on October 28, 2024, I electronically filed the foregoing Suggestion of Death with the Clerk of the District Court using its CM/ECF system, which would electronically notify all the following CM/ECF participants on this case and provide an electronic copy to:

                Denis A. Kitchen, Jr.
                Law Office of Denis A. Kitchen, Jr.
                8899 Main Street
                Williamsville, New York 14221
                Email:denis@kitchenlaw.com

                            LETITIA JAMES
                            Attorney General of the State of New York

                            BY: *s/ Stephanie Joy Calhoun*
                            STEPHANIE JOY CALHOUN
                            Assistant Attorney General, of Counsel
                            Main Place Tower
                            350 Main Street, Suite 300A
                            Buffalo, New York 14202
                            stephanie.calhoun@ag.ny.gov